**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GEORGE KERITSIS, Derivatively on Behalf of RTX CORPORATION f/k/a RAYTHEON TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY HAYES, TRACY A. ATKINSON, LEANNE G. CARET, BERNARD A. HARRIS, GEORGE R. OLIVER, KELLY ORTBERG, DINESH C. PALIWAL, ELLEN M. PAWLIKOWSKI, DENISE L. RAMOS, FREDRIC G. REYNOLDS, BRIAN C. ROGERS, JAMES A. WINNEFELD, ROBERT O. WORK, MARGARET L. O'SULLIVAN,<br><br>Defendants,<br><br>and<br><br>RTX CORPORATION f/k/a RAYTHEON TECHNOLOGIES CORPORATION,<br><br>Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.<br>)<br>)<br>)   **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

Plaintiff George Keritsis ("Plaintiff") by his attorneys hereby submits this Verified Shareholder Derivative Complaint (the "Complaint") against Defendants (defined below) named herein. Plaintiff alleges the following on information and belief, except as to the allegations specifically pertaining to Plaintiff, which are based on personal knowledge. This Complaint is also based on the investigation of Plaintiff's counsel, which included a review of, among other things, public filings with the U.S. Securities and Exchange Commission ("SEC"), news reports,

press releases, related litigation and other public sources.

## SUMMARY OF THE ACTION

1.      This is a stockholder derivative action brought for the benefit of RTX Corporation f/k/a Raytheon Technologies Corporation[1] ("RTX" or the "Company") against Defendants (defined below) for breaches of their fiduciary duties owed to the Company.

2.      According to its SEC filings, RTX is an aerospace and defense company that provides advanced systems and services for commercial, military and government customers worldwide. Effective July 1, 2023, the Company streamlined the structure of its core business to three principal business segments: Collins Aerospace, Pratt & Whitney and Raytheon.

3.      The Geared Turbofan ("GTF") engine, made by the Company's Pratt & Whitney core business segment, is one of two engine options to power Airbus' A320neo aircraft.  The GTF engine has been plagued by durability and reliability problems since it entered service in 2015.  Also, Pratt & Whitney has been struggling to support airline customers with enough spare parts and engines. The numerous GTF engine issues have forced airlines to ground aircraft due to a lack of spare engines and parts.

4.      On July 25, 2023, Pratt & Whitney disclosed its latest issue with its GTF engine.  The Company said microscopic contaminants were found in a powdered metal used in high-pressure turbine discs that are part of the GTF engine's core. The presence of those contaminants could lead to cracks in the engine.  Replacing the discs requires removing the engine, disassembling and reassembling it. The engines affected were made between 2015 and 2021.

---

[1] Raytheon Technologies Corp. was created from an all-stock merger transaction between Raytheon Co. ("Raytheon") and United Technologies Corp. ("UTC") effective April 3, 2020.  The Company changed its name to RTX Corporation, effective July 17, 2023.

5.      Ultimately, Pratt & Whitney initially recalled 1,200 of its 3,000 GTF engines, that power Airbus' popular A320neo jets, for earlier than expected inspection due to the discovery of contamination in the metal used to manufacture some engine parts with the potential to cause cracks. The Company initially stated it will need up to 60 days to remove, inspect and fix the GTF engine after microscopic contaminants were found in a metal used in part of the engine core.

6.      However, the Company's recent press release filed with the SEC on September 12, 2023, now confirms that the GTF repair work that the Company's Chief Executive Officer ("CEO") had initially expected would take 60 days is now expected to last up to 300 days per engine and nearly 3,000 engines will need to be removed and inspected as opposed to the 1,200 engines that the Company disclosed would need to be removed and inspected.

7.      Despite numerous issues with the GTF engine since its release, Defendants approved and allowed the Company to issue numerous SEC filings that failed to disclose material adverse facts about the Company's business, operations, and  prospects. Although the GTF engine issue was first disclosed in July, Defendants failed to make the extent of the problem publicly known until months later.  Specifically, Defendants failed to disclose: (1) GTF engines had been affected for years by quality control issues; (2) the quality control issues would require RTX to recall and reinspect many of its GTF airplanes, affecting numerous customers and harming its business; and (3) as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

8.      Additionally, Defendants' egregious misconduct has subjected the Company and its CEO to several securities fraud class action lawsuits (collectively, the "Securities Class Actions").

9.     The Company has suffered massive losses as a result of Defendants who were improperly overcompensated by the Company and/or who benefitted from the wrongdoing alleged herein as a result of the falsely inflated financial results.

10.     Shares of RTX have lost approximately over a quarter of their value since the Company disclosed the GTF engine problem in July.

## JURISDICTION AND VENUE

11.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff's claims raise a federal question under §§10(b) and 21D of the Securities Exchange Act of 1934 (the "Exchange Act"). This Court also has jurisdiction over all claims pursuant to 28 U.S.C. § 1332(a) because Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

12.     This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant  to 28 U.S.C. § 1367.

13.     This shareholder derivative action is not a collusive action designed to confer jurisdiction on a court of  the United States that it would not otherwise have.

14.     Venue is proper in this District pursuant to Section 27 of the Exchange Act and 28 U.S.C. § 1391(b) because a substantial portion of the transactions and wrongs complained of herein occurred in this District, nominal defendant is headquartered in this District and conducts business in this District.

## PARTIES

15.     Plaintiff is and was at all relevant times a shareholder of Nominal Defendant, RTX. Plaintiff is a citizen of the State of Florida.

16.     Nominal Defendant RTX is a Delaware corporation with its headquarters located at 1000 Wilson Boulevard, Arlington, Virginia 22209.

17.     Defendant Gregory Hayes ("Hayes") has served as the Company's CEO since April 2020, after the merger of Raytheon and UTC. Hayes has also served as the Chairman of the Board since 2021 and is a member of the Company's Finance Committee.  According to the Company, Hayes had a nearly 21-year career at UTC, holding several senior leadership roles, including UTC's chief financial officer from 2008-2014, CEO in 2014 and chairman in 2016.   Upon information and belief, Hayes is a citizen of Massachusetts.

18.     Defendant Tracy A. Atkinson ("Atkinson") served as a member of the Raytheon board from 2014 until the closing of the merger between Raytheon and UTC on April 3, 2020, when she was appointed to the RTX Board.  Atkinson is a member of the Company's Finance Committee and Chair of the Human Capital and Compensation Committee ("Compensation Committee").  Upon information and belief, Atkinson is a citizen of Massachusetts.

19.     Defendant Leanne G. Caret ("Caret") has served as a director since 2023.  Caret is a member of the Company's Audit Committee.  Upon information and belief, Caret is a citizen of Kansas.

20.     Defendant Bernard A. Harris ("Harris") has served as a director since 2021.  Harris is a member of the Company's Audit Committee.  Upon information and belief, Harris is a citizen of Texas.

21.     Defendant George R. Oliver ("Oliver") served as a member of the Raytheon board from 2013 until the closing of the merger between Raytheon and UTC in April 2020, when he was appointed to the RTX Board. Oliver is a member of the Finance Committee and Compensation Committee.  Upon information and belief, Oliver is a citizen of Wisconsin.

22.     Defendant Kelly Ortberg ("Ortberg") has served as a director since 2020.  Ortberg is a member of the Finance Committee.  Upon information and belief, Ortberg is a citizen of Iowa.

23.     Defendant Dinesh C. Paliwal ("Paliwal") served as a member of the Raytheon board from 2016 until the closing of the merger between Raytheon and UTC in April 2020, when he was appointed to the RTX Board.  Paliwal is a member of the Governance and Public Policy ("Governance Committee") and Compensation Committee.  Upon information and belief, Paliwal is a citizen of Connecticut.

24.     Defendant Ellen M. Pawlikowski ("Pawlikowski") served as a member of the Raytheon board from 2018 until the closing of the merger between Raytheon and UTC in April 2020, when she was appointed to the RTX Board.  Pawlikowski is a member of the Audit Committee. Upon information and belief, Pawlikowski is a citizen of Georgia.

25.     Defendant Denise L. Ramos ("Ramos") has been a member of the RTX Board (including her service on the predecessor UTC board) since 2018.  Ramos is a member of the Governance Committee and Audit Committee.  Upon information and belief, Ramos is a citizen of Massachusetts.

26.     Defendant Fredric G. Reynolds ("Reynolds") has been a member of the RTX Board (including his service on the predecessor UTC board) since 2016.  Reynolds is a member of the Governance Committee and Chair of the Audit Committee.  Upon information and belief, Reynolds is a citizen of California.

27.     Defendant Brian C. Rogers ("Rogers") has been a member of the RTX Board (including his service on the predecessor UTC board) since 2016.  Rogers is Chair of the Finance Committee and is a member of the Compensation Committee.  Upon information and belief, Rogers is a citizen of North Carolina.

28.     Defendant James A. Winnefeld ("Winnefeld") served as a member of the Raytheon board from 2017 until the closing of the merger between Raytheon and UTC in April 2020, when he became a member of the RTX Board.  Winnefeld is a member of the Governance Committee and Compensation Committee.  Upon information and belief, Winnefeld is a citizen of California.

29.     Defendant Robert O. Work ("Work") served as a member of the Raytheon board from 2017 until the closing of the merger between Raytheon and UTC in April 2020, when he became a member of the RTX Board.  Work is Chair of the Governance Committee and is a member of the Audit Committee.  Upon information and belief, Work is a citizen of Massachusetts.

30.     Defendant Margaret L. O'Sullivan ("O'Sullivan") served as a director since 2017 until her resignation from the Board at the 2023 Annual Shareholder Meeting.  Upon information and belief, O'Sullivan is a citizen of Massachusetts.

31.     Defendants Hayes, Atkinson, Caret, Harris, Oliver, Ortberg, Paliwal, Pawlikowski, Ramos, Reynolds, Rogers, Winnefeld, Work and O'Sullivan are collectively referred to herein as the "Defendants" or the "Individual Defendants."

## FIDUCIARY DUTIES OF THE INDIVIDUAL DEFENDANTS

32.     By virtue of their positions as officers and directors of RTX, and because of their ability to oversee, direct, and control the business and corporate affairs of RTX, Defendants owed RTX and its stockholders fiduciary obligations of good faith, loyalty, and candor, and they were required to do their utmost to control and manage RTX in a fair, just, honest, and equitable manner. Defendants were required to act in the best interests of RTX and its stockholders and not in furtherance of their personal interest or benefit.  Each director and officer of the Company owes to RTX and its stockholders the fiduciary duty to exercise good faith and diligence in the administration

of the affairs of the Company and in the use and preservation of its property and assets. Defendants' neglect of their duties to the Company in essence decimated their duty of oversight.

33.     Defendants, because of their positions of control and authority as directors or officers of RTX, directly or indirectly exercised control over the wrongful acts complained of herein. Because of their advisory, executive, managerial and directorial positions within RTX, each of the Defendants had knowledge of material, nonpublic information regarding the Company.

34.     In the discharge of their duties, Defendants were required to exercise reasonable and prudent supervision over management, policies, practices, and controls of the financial affairs of RTX. RTX represents that its directors are expected to spend the time and effort necessary to properly discharge their responsibilities, which specifically include:

- exercising their business judgment in good faith;

- acting in what they reasonably believe to be the best interest of all stockholders;

- becoming and remaining well-informed about the Company's business and operations and general business and economic trends affecting the Company;

- and ensuring that the business of the Company is conducted so as to further the long-term interests of its stockholders.

35.     RTX's directors are also responsible for overseeing its risk management process, focusing on general risk management strategy, the most significant risks facing the Company, and overseeing the implementation of risk mitigation strategies by management.

## SUBSTANTIVE ALLEGATIONS

### Reliability and Durability Issues with the GTF Engine

36.     According to RTX subsidiary, Pratt & Whitney, its GTF engine is the "only geared propulsion system delivering industry-leading efficiency and sustainability benefits." The Company describes Pratt & Whitney as follows:

> Pratt & Whitney is among the world's leading suppliers of aircraft engines for commercial, military, business jet and general aviation customers. Pratt & Whitney's Commercial Engines and Military Engines businesses design, develop, produce and maintain families of large engines for wide- and narrow-body and large regional aircraft for commercial customers and for fighter, bomber, tanker and transport aircraft for military customers. Pratt & Whitney's small engine business, Pratt & Whitney Canada (P&WC), is among the world's leading suppliers of engines powering regional airlines, general and business aviation, as well as helicopters. [. . .]. Pratt & Whitney provides fleet management services and aftermarket maintenance, repair and overhaul services in all of these segments.

37.     The GTF engine is the result of a 20-year R&D program that reportedly cost up to $10 billion. The design features an engine fan separated from the low-pressure compressor and turbine, so that each module operates at optimal speeds. The result is lower engine weight and greater fuel efficiency. Pratt & Whitney claims its GTF engines offer 16% better fuel efficiency and 50% lower NOx emissions than the regulatory standard, and a 75% smaller "noise footprint."

38.     The engines are used in about 40% of Airbus' A320neo single-aisle jets, which make up a large portion of the global airplane fleet and was the fastest selling airplane in history after its launch in 2014, as reported by Bloomberg. The engines have become popular and now compete with the LEAP engines produced by CFM International to power the Airbus A320neo.

39.     In reality, the GTF engine has had numerous quality control issues over the past several years and has proven to be less durable than projected, swamping the Company's overhaul capacity and forcing numerous airlines to ground their Airbus A320 Neo family and A220 aircraft. Airlines have complained about the engine's durability issues virtually from the GTF's

release date.  The GTF engines were found to have problems involving the fan blades, an oil seal and the combustion chamber lining.  Specifically, these issues include: 1) combustion chamber distress; 2) low pressure turbine and gear box failures; and 3) engine vibration.

40.    In 2015 RTX expanded capacity at its subsidiary HMI, where the company makes the powdered metal, to support additional capacity required for GTF ramp-up.  During the ramp up, a contaminant was mistakenly introduced into the powder, which inspection during that time failed to detect.

41.    In early February 2018, Airbus halted all deliveries of its best-selling A320neo featuring the PW1100G geared-turbofan engine, after the European Aviation Safety Agency issued an emergency airworthiness directive warning of potential in-flight engine failure. Four engines experienced in-flight failures, according to subsequent reports, and P&W later determined the cause to be some recently executed design revisions to the "knife-edge seal attached to the PW1000G's high-pressure compressor aft hub." Ultimately engine production was halted and the design change was reversed.

42.    In February 2023, CEO Defendant Hayes admitted that GTF engines' reliability has not been up to expectations and that the Company was working to fix problems.

43.    According to an article published by *Reuters* a few months later on May 3, 2023, cash-strapped Indian airline Go Airlines (India) Ltd., recently rebranded as Go First and previously as Go Air,  has gone so far as to blame the GTF engines for its bankruptcy that same month blaming "faulty" Pratt & Whitney engines stating that its Pratt & Whitney GTF engines "suffered from a multitude of defects and a high rate of failure effectively from day one."  Go First said the number of aircraft having "faulty engines" has ballooned from 7% of its fleet in December 2019 to 50% in December 2022, costing it 108 billion rupees ($1.3 billion) in lost revenue and added expenses.

44.     Now the Company has disclosed another GTF engine issue – metal in the engine.  On July 25, 2023, CNBC published an article "RTX Tumbles 10% After Disclosing Jet Engine Problem."  The article stated in relevant part:

Shares of RTX tumbled 10% on Tuesday after the aerospace giant said a manufacturing problem with some of its popular engines will require "accelerated" inspections on about 200 of them.

The problem stems from powdered metal used to make some engine parts, RTX, the parent of airplane engine maker Pratt & Whitney, said during a quarterly earnings call. Engines currently in production are not affected, the company said.

RTX, previously known as Raytheon Technologies, trimmed its cash flow outlook for the year by $500 million to $4.3 billion due to the problem.

"It's going to be expensive," RTX CEO Greg Hayes said during the company's earnings call. "We're going to make the airlines whole as a result of the disruption we're going to cause them."

The problem is the latest challenge for airlines on top of late aircraft from manufacturers, as carriers seek to reap the rewards of a travel boom with limited numbers of available planes.

Pratt & Whitney said that it also expects about 1,000 more engines will have to be removed from airline fleets over the next nine to 12 months.

Noah Poponak, aerospace and defense equities analyst at Goldman Sachs, said the impact could spill into next year and potentially 2025, depending on how many of the roughly 1,000 engines will need to be sent to repair shops sooner than scheduled.

                                    ****

The engines have had other challenges that have required maintenance, particularly when operating in hot climates, Poponak noted.

RTX said it will continue to deliver new aircraft engines and parts. A spokesman told CNBC that the issue does not affect flight safety.

The issue will impact some A320neos, a narrow-body plane and one of the world's most popular aircraft. It competes with the Boeing 737 Max.

The Federal Aviation Administration said it is aware of the issue and is in contact with Pratt & Whitney as well as airlines affected by the problem

"The agency will ensure that the appropriate steps are taken," the FAA said.

45.     Hawaiian Airlines was recently forced to ground five of its 18 Airbus A321neos due to engine issues, *Aviation Week* reported. Additionally, Spirit Airlines ("Spirit") management slammed Pratt & Whitney for negatively affecting its profitability as a result of reliability problems with the GTF engine. Spirit CFO Scott Haralson recently said in an earnings call that the company has been forced to remove many of the engines, and that "it will likely remain a drag on utilization for the rest of the year." Additionally, Spirit CEO Ted Christie stated that "Pratt & Whitney continues to struggle to support its worldwide fleet of [Airbus A320neos] as MRO capacity remains constrained and turnaround times for engines in the shop have been nearly three times longer than the historical averages" for Airbus A320ceo engines.

46.     Following Spirit's earnings call, Cowan Senior analyst Helane Becker stated "Other airlines (e.g., Hawaiian Airlines) cited concerns about the A320neo engine issues as aircraft are taking longer to come out of maintenance. This drives maintenance costs up and requires aircraft to be parked…."

47.     Recently, the frequency of defects has increased to the point that the Company has determined that the affected engines need to be taken out of service for inspection ahead of their normal schedule. As of mid-September, this required about 200 accelerated inspections with about an additional 1000 to follow through next year. This is out of an existing fleet of about 3000. While the actual inspection can be done within a shift and there are no issues obtaining replacement parts, the work cannot be done on-wing.

48.     This means that engines need to be taken off and disassembled. While the Company's management did not commit to a turnaround time on the second quarter 2023 earnings conference call ("Q2 2023 Earnings Call"), CEO Defendant Hayes stated on CNBC that the full maintenance

cycle could result in 60 days of downtime.  However, as now revealed by the Company's most recent press release filed with the SEC as detailed below, the Company widened the scope of inspections to pull around 600 to 700 engines off their Airbus jets and project full maintenance could now result in up to **300 days per engine**.

49.     In addition to these uncertainties, analysts on the Q2 2023 Earnings Call asked about some larger lingering issues. For example, there was concern that regulators could ground these engines until repairs are made out of an abundance of caution. Others questioned the culture and reliability of the Company given earlier problems with the GTF engine including excessive vibration and wear on various engine parts as well as operating issues in hot, dusty environments.

50.     The fallout from the GTF's woes has been considerable, forcing airlines to ground affected aircraft and lose out on valuable revenue - for example, a FlightGlobal report in April revealed that 12% of the global GTF-equipped A320neo fleet was on the ground, while for the A220 this stood at 14%.

51.     On September 11, 2023, the Company issued a press release filed with the SEC to provide an update on the Pratt & Whitney powder metal manufacturing debacle.  The Company announced its profits would take a hit of up to $3.5 billion pre-tax charge in the third quarter from the recall of hundreds of Pratt & Whitney jet engines over the next several years. Additionally, over the next three years, the Company estimates that nearly 3,000 engines will need to be removed and inspected.  The press release stated in relevant part:

> RTX (NYSE:  RTX) is providing an update on the impact to the Pratt & Whitney GTF fleet arising from the previously disclosed rare condition in powder metal used to manufacture certain engine parts.  As a result of recent updates to this matter, RTX will recognize a third quarter charge which will impact reported sales and earnings for the year.

Pratt GTF Fleet Update

- In connection with the previously disclosed rare condition in powder metal, [a] fleet management plan [was] developed for PW1100 GTF engines, which power the A320neo
- Approximately 600 to 700 engines will be removed for shop visits between 2023 and 2026 beyond Pratt & Whitney's shop visit forecast entering 2023
- A majority of the incremental engine removals required by the fleet management plan will occur in 2023 and early 2024
- The accelerated removals and incremental shop visits will result in higher aircraft on [the] ground
- Adding maintenance capacity, increasing part output and taking other action to mitigate impact to PW1100 GTF fleet
- Pratt & Whitney is analyzing the impact of powder metal on other engine models within its fleet, and other engine models currently are expected to be far less impacted
- RTX pre-tax operating profit impact is estimated to be between $3 billion and $3.5 billion over the next several years, inclusive of an approximately $3 billion pre-tax charge in Q3, after partners' share of charges

On August 4, 2023, Pratt & Whitney issued a special instruction (SI), to operators of GTF powered A320 aircraft, requiring accelerated inspections and engine removals covering the initial tranche of operational engines, no later than September 15, 2023.

Pratt & Whitney has also recently developed a fleet management plan for the remaining affected PW1100 GTF engines requiring a combination of a repetitive inspection protocol, at an interval of between approximately 2,800 and 3,800 cycles, and part life limits of between approximately 5,000 and 7,000 cycles, for high pressure turbine disks and high-pressure compressor disks. This fleet plan is expected to be released in one or more service bulletins (SB) within the next 60 days, following alignment with regulators. The actions set forth in the SI and SB are anticipated to result in approximately 600 to 700 incremental shop visits between now and the end of 2026 beyond Pratt & Whitney's forecast entering 2023. A majority of the incremental engine removals will occur in 2023 and early 2024. As a result, Pratt & Whitney expects a significant increase in aircraft on ground levels for the GTF powered A320 fleet throughout 2024 – 2026.

The ultimate operational impact of the powder metal issue is subject to various data-driven assumptions that Pratt & Whitney continues to refine, including, among other items, shop visit quantity, workscope, turnaround time, and part availability. However, Pratt & Whitney is taking action to increase industrial output and shop visit capacity, as well as other measures, to mitigate the potential impact of this matter.  Further, the business is analyzing the impact of powder metal on other engine models within its fleet and currently believes that other models will be far less impacted based on existing inspections, lower utilization profiles and/or existing

14

maintenance intervals. Pratt & Whitney continues to deliver new engines and spare parts for the PW1100 GTF and its other engine models.

RTX will record a pre-tax operating profit charge in the third quarter of 2023 of approximately $3 billion. This reflects Pratt & Whitney's net 51% program share of the PW1100 GTF program. This includes estimates of potential compensation and other consideration for customer fleet disruption and the one-time Estimate-at-Completion ("EAC") impact of estimated incremental costs to long-term maintenance contracts as a result of this matter. The incremental costs to the business's long-term maintenance contracts include the cost of additional inspections, replacement of parts and other related impacts. RTX expects reported 2023 sales of $67.5 billion to $68.5 billion, with no change to its prior 2023 outlook for adjusted sales of $73 billion to $74 billion.

(footnotes omitted).

52.     As reported by *Reuters* on September 12, 2023, repair work that Defendant Hayes had initially expected would take 60 days is now expected to last up to ***300 days per engine***.

53.     *Reuters* further reported that analysts cut their price targets on RTX and noted that the scope of the GTF engine issue is more substantial than previously disclosed by the Company. RBC Capital Markets analyst Ken Herbert wrote:

When the company initially identified the powder metal issue with the GTF engine, we had confidence that the issue, based on the data provided, was relatively well contained….

However, ***the financial and operational impact identified (on Monday) is more substantial than we had expected.***

54.     RTX's shares fell close to 8% to $76.90, the lowest in more than two years after the Company's announcement.

**Defendants Caused the Company to Issue False and Misleading Statements Regarding the GTF Engine**

55.     On February 8, 2021, the Company filed with the SEC its Annual Report on Form 10-K for the year ended December 31, 2020 (the "2020 10-K"). Attached to the 2020 10-K were certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") signed by Defendant Hayes attesting to the accuracy of financial reporting, the disclosure of any material changes to the

15

Company's internal control over financial reporting and the disclosure of all fraud.   The 2020 10-K

was signed by Defendants Hayes, Atkinson, Oliver, Ortberg, O'Sullivan, Paliwal, Pawlikowski,

Ramos, Reynolds, Rogers, Winnefeld and Work.

56.     The 2020 10-K stated the following regarding Pratt & Whitney and its GTF engines:

Pratt & Whitney sells products and services principally to aircraft manufacturers,
airlines and other aircraft operators, aircraft leasing companies and the U.S. and
foreign governments. Pratt & Whitney's largest customer by sales is Airbus, with
sales, prior to discounts and incentives, of 30%, 31% and 36% of total Pratt &
Whitney segment sales in 2020, 2019 and 2018, respectively.

Pratt & Whitney produces the PW1000G Geared Turbofan engine family, the first of
which, the PW1100G-JM, entered into service in January 2016. The PW1000G
Geared Turbofan engine has demonstrated a significant reduction in fuel burn and
noise levels and lower environmental emissions when compared to legacy engines.
The PW1100G-JM engine is offered on the Airbus A320neo family of aircraft.
PW1000G Geared Turbofan engine models also power the Airbus A220 passenger
aircraft and Embraer's E-Jet E2 family of aircraft and have been selected to power the
new Irkut MC-21 passenger aircraft. Mitsubishi and Pratt & Whitney have signed a
contract in recognition of the formal pause in MRJ70 and MRJ90 engine development
for the SpaceJet program. In addition, P&WC's PW800 engine has been selected to
exclusively power Gulfstream's new G500 and G600 business jets, as well as to
power Dassault's new Falcon 6X business jet, which is scheduled to enter into service
in 2022.

\*\*\*

In 2020, Pratt & Whitney reached significant milestones on the Geared Turbofan
(GTF) engine program, including achieving an industry-leading engine dispatch
reliability rate of 99.98% for the GTF engines for the Airbus A320neo. The GTF
engine family now powers more than 900 aircraft across 50 airlines and three aircraft
platforms: Airbus A320neo family, Airbus A220 and Embraer E-Jets E2 family. Pratt
& Whitney also delivered the 50,000th PT6 turboprop engine in the General Aviation
segment. [. . .]

57.     The above statements were materially false and misleading because there were known

quality control issues that affected the GTF engines over the past several years, which would later

require their recall from service for reinspections, which affected numerous customers and damaged

the Company.

58.     The 2020 10-K contained the following risk disclosure regarding the GTF engine

production:

**We Design, Manufacture and Service Products that Incorporate Advanced Technologies; The Introduction of New Products and Technologies Involves Risks and We May Not Realize the Degree or Timing of Benefits Initially Anticipated; Competition May Reduce Our Revenues and Segment Share and Limit Our Future Opportunities.**

We seek to achieve growth through the design, development, production, sale and support of innovative commercial aerospace and defense systems and products that incorporate advanced technologies. The product, program and service needs of our customers change and evolve regularly, and we invest substantial amounts in research and development efforts to pursue advancements in a wide range of technologies, products and services.

Of particular note, Pratt & Whitney is currently producing and delivering the PW1000G Geared Turbofan engine to power various aircraft, including the A320neo family of aircraft. The level of orders received for the Geared Turbofan family of engines, coupled with a requirement to achieve mature production levels in a very short time frame, require significant additional manufacturing and supply chain capacity. If any of our production ramp-up efforts are delayed, if suppliers cannot timely deliver or perform to our standards, and/or if we identify or experience issues with in-service engines, we may not meet customers' delivery schedules, which could result in material additional costs, including liquidated damages or other liabilities that could be assessed under existing contracts.

Our ability to realize the anticipated benefits of our technological advancements depends on a variety of factors, including meeting development, production, certification and regulatory approval schedules; receiving regulatory approvals; execution of internal and external performance plans; availability of supplier and internally produced parts and materials; performance of suppliers and subcontractors; availability of supplier and internal facility capacity to perform maintenance, repair and overhaul services on our products; hiring and training of qualified personnel; achieving cost and production efficiencies; identification of emerging technological trends for our target end-customers; validation of innovative technologies; risks associated with the development of complex software; the level of customer interest in new technologies and products; and customer acceptance of products we manufacture or that incorporate technologies we develop. For example, our customers manufacture end products and larger aerospace systems that incorporate certain of our

aerospace products. These systems and end products may also incorporate additional technologies manufactured by third parties and involve additional risks and uncertainties. As a result, the performance and industry acceptance of these larger systems and end products could affect the level of customer interest in and acceptance of our products in the marketplace.

59.     On February 11, 2022, the Company filed with the SEC its Annual Report on Form 10-K for the year ended December 31, 2021 (the "2021 10-K"). Attached to the 2021 10-K were certifications pursuant to SOX signed by Defendant Hayes attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.  The 2021 10-K was signed by Defendants Hayes, Atkinson, Harris, Oliver, Ortberg, O'Sullivan, Paliwal, Pawlikowski, Ramos, Reynolds, Rogers, Winnefeld and Work.

60.     The 2021 10-K stated the following regarding the description of Pratt & Whitney:

Pratt & Whitney sells products and services principally to aircraft manufacturers, airlines and other aircraft operators, aircraft leasing companies and the U.S. and foreign governments. Pratt & Whitney's largest commercial customer by sales is Airbus, with sales, prior to discounts and incentives, of 31%, 30% and 31% of total Pratt & Whitney segment sales in 2021, 2020 and 2019, respectively.

Pratt & Whitney produces the PW1000G Geared Turbofan (GTF) engine family, the first of which, the PW1100G-JM, entered into service in January 2016. The PW1000G GTF engine has demonstrated a significant reduction in fuel burn and noise levels and lower environmental emissions when compared to legacy engines. The PW1100G-JM engine is offered on the Airbus A320neo family of aircraft. PW1000G GTF engine models also power the Airbus A220 passenger aircraft and Embraer's E-Jet E2 family of aircraft and have been certified by the Russian civil aviation authority to power the Irkut MC-21passenger aircraft. In addition, P&WC's PW800 engine has been selected to exclusively power Gulfstream's G400, G500 and G600 business jets, as well as to power Dassault's Falcon 6X business jet, which is scheduled to enter into service in 2022.

****

The development of new engines and improvements to current production engines present important growth opportunities for Pratt & Whitney. In view of the risks and costs associated with developing new engines, Pratt & Whitney has entered into

collaboration arrangements in which revenues, costs and risks are shared with third parties. At December 31, 2021, the interests of third-party collaboration participants in Pratt & Whitney-directed jet engine programs ranged, in the aggregate per program, from 13% to 49%. See "Note 1: Basis of Presentation and Summary of Accounting Principles" within Item 8 of this Form 10-K for a description of our accounting for collaboration arrangements. Pratt & Whitney also continues to enhance its programs through performance improvement measures and product base expansion, utilizing similar collaboration arrangements.

In 2021, Pratt & Whitney reached significant milestones on the GTF engine program, including the first flight of the GTF Advantage engine for the A320neo family. The GTF Advantage configuration further extends the economic and environmental benefits of the existing GTF engine, as it reduces fuel consumption by an additional 1 percent, extending the engine's lead as the most efficient powerplant for the A320neo family. The GTF family now powers more than 1,100 aircraft across 58 airlines and three aircraft platforms: Airbus A320neo family, Airbus A220 and Embraer E-Jets E2. Also in 2021, Pratt & Whitney's V2500 program achieved 250 million flight hours. Pratt & Whitney was announced as the engine provider on the Dassault Falcon 6X and Gulfstream G400, representing two new platforms for its PW800 engine. [. . .]

61.    The 2021 10-K contained the following risk disclosure regarding GTF engine production:

**We Design, Manufacture and Service Products that Incorporate Advanced Technologies; The Introduction of New Products and Technologies Involves Risks and We May Not Realize the Degree or Timing of Benefits Initially Anticipated; Competition May Reduce Our Revenues and Segment Share and Limit Our Future Opportunities**. We seek to achieve growth through the design, development, production, sale and support of innovative commercial aerospace and defense systems and products that incorporate advanced technologies. The product, program and service needs of our customers change and evolve regularly, and we invest substantial amounts in research and development efforts to pursue advancements in a wide range of technologies, products and services. Of particular note, Pratt & Whitney is currently producing and delivering the Geared Turbofan engine to power various aircraft. The level of orders received for the Geared Turbofan family of engines, coupled with a requirement to achieve mature production levels in a very short time frame, require significant additional manufacturing and supply chain capacity. If any of our production ramp-up efforts are delayed, if suppliers cannot timely deliver or perform to our standards, and/or if we identify or experience issues with in-service engines, we may not meet customers' delivery schedules, which could result in material additional costs, including liquidated damages or other liabilities that could be assessed under existing contracts.

62. The above statements were materially false and misleading because there were quality control issues that had affected the GTF engines and which would later require their recall from service, affecting various customers.

63. On February 7, 2023, the Company filed  its Annual Report with the SEC on Form 10-K for the year ended December 31, 2022 (the "2022 10-K").  Attached to the 2022 10-K were certifications pursuant to SOX signed by Defendants Hayes attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.  The 2022 10-K was further signed by Defendants Atkinson, Caret, Harris, Oliver, Ortberg, O'Sullivan, Paliwal, Pawlikowski, Ramos, Reynolds, Rogers, Winnefeld and Work.

64. The 2022 10-K stated the following regarding Pratt & Whitney and its engines:

Pratt & Whitney sells products and services principally to aircraft manufacturers, airlines and other aircraft operators, aircraft leasing companies and the U.S. and foreign governments. Pratt & Whitney's largest commercial customer by sales is Airbus, with sales, prior to discounts and incentives, of 33%, 31% and 30% of total Pratt & Whitney segment sales in 2022, 2021 and 2020, respectively.

Pratt & Whitney produces the PW1000G Geared Turbofan (GTF) engine family, the first of which, the PW1100G-JM, entered into service in January 2016. The PW1000G GTF engine has demonstrated a significant reduction in fuel burn and noise levels and lower environmental emissions when compared to legacy engines. The PW1100G-JM engine is offered on the Airbus A320neo family of aircraft. PW1000G GTF engine models also power the Airbus A220 passenger aircraft and Embraer's E-Jet E2 family of aircraft. In addition, P&WC's PW800 engine has been selected to exclusively power Gulfstream's G400, G500 and G600 business jets, as well as to power Dassault's Falcon 6X business jet, which is scheduled to enter into service in 2023.

*** 

The development of new engines and improvements to current production engines present important growth opportunities for Pratt & Whitney. In view of the risks and costs associated with developing new engines, Pratt & Whitney has entered into collaboration arrangements in which revenues, costs and risks are shared with third parties. At December 31, 2022, the interests of third-party collaboration participants in Pratt & Whitney-directed jet engine programs ranged, in the aggregate per program,

from 13% to 49%. See "Note 1: Basis of Presentation and Summary of Accounting Principles" within Item 8 of this Form 10-K for a description of our accounting for collaboration arrangements. Pratt & Whitney also continues to enhance its programs through performance improvement measures and product base expansion, utilizing similar collaboration arrangements.

In 2022, Pratt & Whitney reached significant milestones on the GTF engine program, including surpassing a billion gallons of fuel saved and 10 million metric tons of carbon emissions avoided since entry into service. The GTF Advantage engine for the A320neo family began Federal Aviation Regulations Part 33 (FAR33) certification and development flight testing on the A320neo aircraft, and successfully ran on 100% sustainable aviation fuel (SAF). The GTF Advantage configuration extends the economic and environmental benefits of today's GTF engine, as it reduces fuel consumption by an additional 1 percent, extending the engine's lead as the most efficient powerplant for the A320neo family. The GTF family now powers more than 1,400 aircraft across 64 airlines and three aircraft platforms: Airbus A320neo family, Airbus A220 and Embraer E-Jets E2. The year also saw the entry into service of multiple new platforms, including the Cessna SkyCourier, Daher Kodiak 900 and TBM960, and ATR's next generation 42 & 72 aircraft powered by the new PW127XT-M engines, with Transport Canada engine certifications of the PW127XT-M, PW812GA and PW812D engines to power the ATR 72-600 regional turboprop, Gulfstream G400 and Dassault Falcon 6X aircraft respectively. [. . .]

65.    Defendants caused the Company to issue false and misleading statements that: (1) failed to disclose that the GTF engines had been affected by quality control issues over numerous years; (2) these quality control issues would require RTX to recall and reinspect many of its GTF airplanes, affecting customers and harming its business; and (3) as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

66.    The Board failed in their fiduciary duties during this time and have not been held accountable.  The ongoing quality control issues of the GTF engines that resulted in false and misleading documents filed by RTX with the SEC were red flags that should have warned the Defendants that RTX's public statements and SEC filings required far more scrutiny by the Board than they had been given.

## DERIVATIVE AND DEMAND FUTILITY
## ALLEGATIONS FOR THE BOARD OF RTX

67.     Plaintiff incorporates by reference all preceding and subsequent paragraphs as though they were fully set forth herein.

68.     Plaintiff brings this action derivatively on behalf of RTX to redress injuries already suffered and injuries that continue to be suffered  as a direct and proximate result of the misconduct alleged herein. RTX  is named as a nominal Defendant solely in a derivative capacity.

69.     Plaintiff will fairly and adequately represent the interests of the Company in enforcing and prosecuting its rights.

70.     Plaintiff did not make a demand on the Board to take remedial  action on behalf of RTX against its own members because such a demand  would have been a futile, wasteful and useless act.  At the time this action was commenced, the Board was comprised of Defendant Hayes, Atkinson, Caret, Harris, Oliver, Ortberg, Paliwal, Pawlikowski, Ramos, Reynolds, Rogers, Winnefeld and Work (the "Board" or "Director Defendant").

### Demand Is Futile Because a Majority of the Board Allowed the Company to Issue False and Misleading Statements

71.     The failures of RTX's controls and procedures, and the errors they produced, are red flags that should have alerted the Board  that the Company was releasing information to the  public that was false  and  misleading.

72.     The Board failed to disclose: (1) the GTF engines had been affected by quality control issues over several years; (2) these quality control issues would require RTX to recall and reinspect many  of  its  GTF  airplanes, affecting  customers  and  harming  its  business; and  (3)  as  a  result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

73.     Such failure for the Board to act, when an affirmative duty to act has materialized, shows a lack of a good faith effort to be informed and to exercise judgment.

**Substantial Likelihood of Liability for the Entire Board of Directors**

74.     By failing to satisfy their fiduciary duties, Defendants caused irreparable reputational harm to the Company and have exposed the Company to millions of dollars of liability in securities class action lawsuits. Defendants caused or allowed RTX to mislead its shareholders and the general public.

75.     Each Director Defendant had a duty to diligently evaluate information provided to the Board by management and to ensure that reasonable systems of reporting existed for all relevant information, including but not limited to information regarding the Company's business. Director Defendants either evaluated this information and intentionally or recklessly rubber-stamped RTX's misrepresentations, or recklessly failed to ensure the disclosure of information necessary to prevent the statements from being materially false and misleading.

76.     Each of the Director Defendants face a substantial likelihood of liability in this action because of his/her failure, as a director, to assure that reliable systems of controls were implemented and functioning effectively to prevent the Company from issuing materially misleading statements. Based on the size, scope, and blatancy of the wrongdoing, the Individual Defendants must have known, or were reckless in not knowing, that the statements disseminated during the Relevant Period were materially misleading and/or omitted material information necessary not to make the statements materially misleading.

77.     Furthermore, Defendants Caret, Harris, Pawlikowski, Ramos, Reynolds and Work who are members of the Company's Audit Committee, breached their fiduciary duty to the Company

by failing to prevent, correct, or inform the Board of the issuance of material misstatements and omissions regarding the Company's business and the adequacy of its internal controls.

78.     Because each of the Director Defendants face a substantial likelihood of liability for their unexculpated breaches of duty, demand is excused.

**The Director Defendants Have Extensive Longstanding Business Relationships**

79.     As detailed herein, Director Defendant Hayes had a nearly 21-year career at UTC, holding several senior leadership roles, including UTC's chief financial officer from 2008-2014, CEO in 2014 and chairman in 2016.  Several Director Defendants served on UTC's board with Hayes prior to UTC's merger with Raytheon – Ramos since 2018, Reynolds since 2016 and Rogers since 2016.  Based on their longstanding service together at UTC and now RTX, Defendants Ramos, Reynolds and Rogers are beholden to each other and Defendant Hayes.

80.     Furthermore as detailed herein, several Director Defendants served together on Raytheon's board for several years until the closing of the merger between Raytheon and RTX when they all became members of the RTX Board.  Specifically, Defendants Atkinson served as a member of Raytheon's Board since 2014, Director Defendant Oliver since 2013, Director Defendant Paliwal since 2016, Director Defendant Pawlikowski since 2018, Director Defendant Winnefeld since 2017 and Director Defendant Work since 2017.

**Defendant Hayes Lacks Independence as the Company's CEO**

81.     Defendant Hayes' livelihood depends on the substantial monetary and other compensation he receives from the Company.  Because of Hayes' employment with the Company, he is not considered an independent director.  Hayes is also beholden to the director Defendants who have influence over his compensation and continued employment with the Company.  Thus, demand upon him is futile.

82.     Additionally, as detailed above, several Director Defendants served on the boards of Raytheon and UTC and as directors unanimously approved the merger of Raytheon and UTC which resulted in Hayes becoming the leader of RTX as CEO and Chairman of RTX.  Thus, Hayes continues to be beholder to the Director Defendants who had influence over his continued employment with the Company.

**COUNT I**
**Against All Individual Defendants for Breach of Fiduciary Duty**

83.     Plaintiff incorporates by reference and realleges each and every allegation set forth above as if set forth full herein.

84.     The Individual Defendants, by reason of their positions as current or former officers and directors of RTX owe (or owed) the Company the fiduciary duties of due care, loyalty, good faith, candor, oversight, reasonable inquiry, and supervision.

85.     By virtue of their positions as RTX directors and/or officers, these Individual Defendants at all relevant times had the power to (and did) control, influence, and cause the Company to engage in the practices complained of herein, including the false and misleading statements alleged herein

86.     Each Individual Defendant was required to: (a) use his or her ability to control and manage RTX in a fair, just, and equitable manner; and (b) act in furtherance of the best interests of RTX rather than his or her own interests.

87.     Accordingly, the Individual Defendants breached their fiduciary duties to the Company.

88.     As a direct and proximate result of the Individual Defendants' breaches of their fiduciary obligations, RTX has sustained significant damages, as alleged herein.

89.     Plaintiff, on behalf of RTX, has no adequate remedy at law.

**COUNT II**

**Against Defendant Hayes for Contribution and Indemnification
Under Sections 10(b) and 21D of the Exchange Act**

90.     Plaintiff incorporates by reference and realleges each and every allegation set forth above, as though fully set forth herein.

91.     RTX and Defendant Hayes are named as defendants in the  Securities Class Actions, which asserts claims under the federal securities laws for violations of  Sections 10(b) and 20(a) of the Exchange Act, and SEC Rule 10b-5 promulgated thereunder.   If and when the Company is found liable in the Securities Class Actions for these violations of the federal securities laws, the Company's liability will be in whole or in part due to Defendant Hayes' willful and/or reckless violations of his obligations as officers and/or director of RTX.

92.     Defendant Hayes, because of his position of control and  authority as CEO of RTX, respectively, was able to and did, directly and/or  indirectly, exercise control over the business and corporate affairs of RTX, including the wrongful acts complained of herein and in the Securities Class Actions.

93.     Accordingly, Defendant Hayes is liable under 15 U.S.C. § 78j(b),which creates a private right of action for contribution, and Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(f), which governs the application of a private right of action for contribution arising out of violations of the Exchange Act.

94.     As such, RTX is entitled to receive all appropriate contribution or  indemnification from Defendant Hayes.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff demands judgment on behalf of RTX against the Defendants, jointly and severally, as set forth herein as follows:

a)      Declaring that Plaintiff may maintain this action on behalf of RTX,  and that Plaintiff is an adequate representative of the Company;

b)      Declaring that the Individual Defendants breached and/or aided and  abetted the breach of their and other members of the Board's fiduciary duties to RTX;

c)      Determining and awarding to RTX the damages sustained by it as a  result  of  the violations  set  forth  above  from  each  of  the  Individual  Defendants,  jointly  and severally, together with pre-judgment and post-judgment interest thereof;

d)      Directing RTX and the Individual Defendants to take all necessary  actions  to  reform and  improve  RTX's  corporate  governance  and  internal  procedures  to   comply  with applicable laws and to protect RTX and its shareholders from a repeat of the  damaging events described herein;

e)      Awarding Plaintiff the  costs  and  disbursements  of  this  action,  including  reasonable attorneys' and experts' fees, costs and expenses;  and

f)      Granting such other and further relief as the Court may deem just and  proper.

Dated: November 27, 2023

Of Counsel:

William B. Federman, Esq.
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Phone: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan _____
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Attorneys for Plaintiff*